## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-18075-jkf |
| Juanita Rowser and Kenneth L Rowser | : Chapter 13 |
|     Debtors | : |
| | : |
| Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes c/o Select Portfolio Servicing, Inc. | : |
|     Movant | : |
|     vs. | : |
| Juanita Rowser and Kenneth L Rowser | : |
|     Debtors/Respondents | : |
|     and | : |
| Scott Waterman, Esquire | : |
|     Trustee/Respondent | : |

### OBJECTION TO CONFIRMATION OF THE PLAN

Movant, Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes c/o Select Portfolio Servicing, Inc. ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtors, Juanita Rowser and Kenneth L Rowser ("Debtors"), as follows:

1. As of the bankruptcy filing date of December 6, 2018, Movant holds a secured Claim against the Debtor's property located at 4383 Garfield Lane, Trevose a/k/a Feasterville Trevose, PA 19053.

2. On December 27, 2018 Movant filed a Proof of Claim citing a secured claim in the amount of $168,516.08, with pre-petition arrears in the amount of $39,611.46.

3. The Plan currently proposes payment to Movant in the amount of $33,268.00 for pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6.    Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtors is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtors' Chaper 13 Plan.

Respectfully submitted,

Dated: 01/11/2019

s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-18075-jkf |
| Juanita Rowser and Kenneth L Rowser | : Chapter 13 |
|       Debtors | : |
| | : |
| Deutsche Bank National Trust Company, as | : |
| Indenture Trustee, on behalf of the holders of | : |
| the Accredited Mortgage Loan Trust 2006-2 | : |
| Asset Backed Notes c/o Select Portfolio | : |
| Servicing, Inc. | : |
|       Movant | : |
|     vs. | : |
| Juanita Rowser and Kenneth L Rowser | : |
|       Debtors/Respondents | : |
|     and | : |
| Scott Waterman, Esquire | : |
|       Trustee/Respondent | : |

## CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST

    I, Danielle Boyle-Ebersole, Esquire, attorney for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes c/o Select Portfolio Servicing, Inc. ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on **01/11/2019**:

| | |
|---|---|
| Brad J. Sadek, Esquire<br>Via ECF<br>*Attorney for Debtors* | Juanita Rowser<br>Kenneth L Rowser<br>4383 Garfield Lane<br>Feasterville Trevose, PA 19053 |
| Scott Waterman, Esquire<br>Via ECF<br>*Trustee* | Via First Class Mail<br>*Debtors* |

Date: 01/11/2019

    Respectfully Submitted,
    <u>s/Danielle Boyle-Ebersole, Esquire</u>
    Danielle Boyle-Ebersole, Esquire
    Attorney I.D. # 81747
    Hladik, Onorato & Federman, LLP
    298 Wissahickon Avenue
    North Wales, PA 19454
    Phone 215-855-9521/Fax 215-855-9121
    debersole@hoflawgroup.com